■ ERNEST IRVINE, as Administrator of the Estate of ROBERT W. IRVINE, Deceased, Respondent, v ROBERT ELWELL et al.,

Appellants.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Flaherty, J. (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Strike Affirmative Defenses). Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.